**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alloric Tewan LANE, Defendant–Appellant.**

No. 04–7130.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2004.

Decided: Sept. 24, 2004.

Alloric Tewan Lane, Appellant pro se.

Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before: LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alloric Tewan Lane appeals the district court's order denying his motion to compel the government to file a Fed.R.Crim.P. 35(b) motion on his behalf. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Lane,* No. CR–97–147 (D.S.C. June 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*